DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GRAHAM RANDALL,**
Appellant,

v.

**MAR-A-LAGO, AARON FULLER** and **BOGDAN BOEREAN,**
Appellees.

No. 4D19-2281

[May 7, 2020]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502019CA001037XXXXMB.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Adam S. Chotiner of Shapiro, Blasi, Wasserman & Hermann, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and DAMOORGIAN, JJ., CONCUR.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***